UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
EQUAL EMPLOYMENT OPPORTUNITY     :
COMMISSION,                      :
                                 :
           Plaintiff,            :
                                 :     Civil Action No. 07-8376
     -against-                   :
                                 :
HUDSON VALLEY HOSPITAL CENTER,   :
                                 :
           Defendant.            :
-------------------------------------------------------------x

## NOTICE OF APPEARANCE

This notice serves to inform the Court that the undersigned attorney is hereby replacing Louis Graziano as attorney of record in this matter.

> Sunu P. Chandy
> Senior Trial Attorney
> US EEOC
> 33 Whitehall Street, 5th Floor
> New York, New York 10004
> Telephone No. 212-336-3706
> Facsimile No. 212-336-3623
> Email: sunu.chandy@eeoc.gov

Signed: _____
Dated: November 19, 2007

## CERTIFICATE OF SERVICE

I, Sunu P. Chandy, hereby certify that on the 19th day of November 2007, I served this Notice of Appearance by first class mail and by facsimile to counsel listed below.

Mary Ellen Donnelly & Daniel F. Murphy, Jr.
Putney, Twombly, Hall & Hirson LLP
521 Fifth Avenue
New York, New York 10175
Facsimile No. 212-682-9380

James K. Greenberg
Greenberg, Greenberg & Guerrero LLP
363 Seventh Avenue, Suite 400
New York, New York 10001
Facsimile No. 212-545-7406

Signed: _____