UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- x
EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

      Plaintiff,

  - against -

HUDSON VALLEY HOSPITAL CENTER,

      Defendant.
------------------------------------------------------- x

Civil Action No. 07 Civ. 8376

RULE 7.1 STATEMENT

**STATEMENT OF CORPORATE PARENTS,
AFFILIATES AND SUBSIDIARIES OF
DEFENDANT HUDSON VALLEY HOSPITAL CENTER**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for defendant Hudson Valley Hospital Center certifies that the following are its corporate parents, subsidiaries or affiliates which are publicly held:

      None

Dated: New York, New York
    December 13, 2007

              _____
              Matthew M. Riordan (MR 4347)
              **PUTNEY, TWOMBLY, HALL & HIRSON LLP**
              521 Fifth Avenue
              New York, New York 10175
              (212) 682-0020

              *Attorneys for Defendant*