UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

          Plaintiff,

-against-

HUDSON VALLEY HOSPITAL CENTER,

          Defendant.
------------------------------------------------------------x

ORIGINAL

Civil Action No. 07-8376 (WCC)

ECF CASE

## SCHEDULING STIPULATION & ORDER

The parties in the above-captioned action, by their undersigned counsel, submit the following as their Proposed Discovery Plan:

1. Mandatory disclosure pursuant to Federal Rule of Civil Procedure 26(a)(1) shall be completed on or before March 4, 2008.

2. All parties shall be joined and any amended pleadings shall be served and filed by April 1, 2008. The parties do not anticipate any amendments to the pleadings.

3. All factual discovery, including depositions, shall be completed on or before August 1, 2008.

4. At this time, the parties do not contemplate any changes in the limitations on discovery set forth in Federal Rule of Civil Procedure 30(d)(2) and 33(a).

5. The parties agree that service of discovery materials, correspondence and motion papers may be made by electronic mail.

6. If any party wishes to use an expert, the expert report will be served 45 days after the close of fact discovery. Any rebuttal expert reports shall be served 75 days after fact discovery. Expert depositions shall take place by 105 days after fact discovery.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

COPIES MAILED TO COUNSEL OF RECORD

7. If there is no expert discovery, any dispositive motions shall be filed within 30 days after the close of fact discovery.

Respectfully submitted,

*[signature]*

For US EEOC
Sunu P. Chandy
Senior Trial Attorney
US EEOC
33 Whitehall Street, 5th Floor
New York, New York 10004
Telephone No. 212-336-3706
Facsimile No. 212-336-3623
Email address: sunu.chandy@eeoc.gov

*[signature]*

Private Counsel for Charging Party Romano
James K. Greenberg
Greenberg, Greenberg & Guerrero LLP
363 Seventh Avenue, Suite 400
New York, New York 10001
Telephone No. 212- 545-7337
Facsimile No. 212-545-7406
Email address: lawbrothers@aol.com

*[signature]*

For Defendant Hudson Valley Hospital Center
Mary Ellen Donnelly & Daniel F. Murphy, Jr.
Putney, Twombly, Hall & Hirson LLP
521 Fifth Avenue
New York, New York 10175
Telephone No. 212-682-0020
Facsimile No. 212-682-9380
Email address: MDonnelly@putneylaw.com

Dated: February 14, 2008
White Plains, NY

**SO ORDERED**

*[signature]*

Honorable William C. Conner
Senior United States ~~Magistrate~~ Judge
DISTRICT

2