UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

EQUAL EMPLOYMENT OPPORTUNITY     :     Civil Action No.  07-8376 (WCC)
COMMISSION,     :
    :
          Plaintiff,     :
    :
    :
HUDSON VALLEY HOSPITAL     :
CENTER     :     **NOTICE OF APPEARANCE**
    :
          Defendants.     :

-------------------------------------------------------------x

## NOTICE OF APPEARANCE

     Please enter my appearance as attorney for plaintiff, the Equal Employment Opportunity

Commission, in the above entitled action.

Dated: New York, N.Y.
       March 5, 2008

                          Respectfully submitted,

                          EQUAL EMPLOYMENT OPPORTUNITY
                               COMMISSION

                          Elizabeth Grossman,
                          Regional Attorney

                          Judy Keenan
                          Supervisory Attorney

                          _____s/MBR_____
                          Michael Ranis (3757)
                          EEOC Trial Attorney

                          New York District Office
                          33 Whitehall Street
                          New York, New York 10004
                          Email:  michael.ranis@eeoc.gov
                          (212) 336-3701