AFFIDAVIT OF SERVICE UPON A CORPORATION          N
                                      INDEX # 07CIV.8376

U S District COURT OF THE STATE OF NEW YORK
COUNTY OF Southern

                                                              GREENBERG GREENBERG &
                                                              363 7th Avenue, Rm 400
                                                              NEW YORK
Equal Employment Opportunity Commission     Pltff             NY 10001
Glorianne Romano                            Pltff Intervenor

            - against -

Hudson Valley Hospital Center                                 (212) 545-7337

Atty File #              Record # 108353     File # 42

STATE OF NEW YORK: COUNTY OF NASSAU: ss

Howard  Kwastel  Lic #0940927 being duly sworn deposes and says deponent
is not a party to this action and is over the age of eighteen years
and resides in the state of New York:

That on 03/14/08 at 1:42pm   at 1980 Crompond Rd Cortlandt Ny 10567
deponent served the within Intervention Summons In A Civil Action
by personally delivering to and leaving with Brenda Cartagena
for Hudson Valley Hospital Center
a true copy thereof, and that deponent knew the person so served
to be the Qualtiy Manager/Mgt.Agt. and stated (s)he was authorized to
accept legal papers for the corporation.


A description of the person served is as follows:

Approx Age: 45 Years   Approx Weight: 140 Lbs.  Approx Height: 5'7"
Sex: Female  Color of Skin: Brown    Color of Hair: Black
Other: Glasses


Sworn to before me this 03/17/08
Maureen Scarola #01SC6127636
Notary Public, State of New York            Howard  Kwastel  Lic #0940927
Nassau County, Commission Expires 05/31/09

                    Supreme Judicial Services, Inc.
        371 Merrick Road - Rockville Centre, N.Y. 11570 - (516) 825-7600
             255 Broadway - New York, N.Y. 10007 - (212) 319-7171
                            Fax (516) 568-0812