UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
EQUAL EMPLOYMENT OPPORTUNITY  :
COMMISSION,                                          :
                                                                  :
                       Plaintiff,      :      Case No.:07CV8376 (WCC)
                                                                  :
    - against -                                       :      **NOTICE OF APPEARANCE**
                                                                  :
HUDSON VALLEY HOSPITAL CENTER,      :
                                                                  :
                      Defendant.   :
                                                                  :
------------------------------------------------------------------x

        **PLEASE TAKE NOTICE,** That Randi Feldheim, Esq., an associate of Putney, Twombly, Hall & Hirson LLP, being duly admitted to practice before this court hereby enters an appearance for the Defendant, Hudson Valley Hospital Center, in the above entitled action and requests that a copy of all papers in this action be served upon the undersigned at the address stated below.

Dated: New York, New York
       May 21, 2008

                                              By: _____/s/ RF_____
                                                   Randi Feldheim (RF 6146)
                                                   PUTNEY, TWOMBLY, HALL & HIRSON LLP
                                                   *Attorneys for Defendant*
                                                   521 Fifth Avenue
                                                   New York, New York  10175
                                                   (212) 682-0020