UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

                  Civil Action No. 07 CV 8376 (WCC)

          **Plaintiff,**

                  NOTICE OF APPEARANCE

GLORIANNE ROMANO,

          **Plaintiff-Intervenor**

          -against-

HUDSON VALLEY HOSPITAL CENTER,

          **Defendant.**
------------------------------------------------------------------x

To the Clerk of this court and all parties of record:

      Enter my appearance as counsel in this case for Plaintiff-Intervenor GLORIANNE ROMANO.

      I certify that I am admitted to practice in this court.

Dated: New York, New York
       July 17, 2008

                              **GREENBERG & GREENBERG, LLP**

                              **s/ signed and filed electronically**

                              Simon Q. Ramone (SR 3125)
                              Attorneys for Plaintiff
                              *GLORIANNE ROMANO*
                              363 Seventh Avenue, Suite 400
                              New York, New York 10001
                              (212) 545-7337