**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

and

GLORIANNE ROMANO,

    Plaintiffs,

-against-

HUDSON VALLEY HOSPITAL CENTER,

    Defendant.
-----------------------------------X

CA No. 07 CV 8376 (WCC)

ECF CASE

SCHEDULING ORDER

### SCHEDULING STIPULATION & ORDER

The parties in the above-captioned action, by their undersigned counsel, submit the following as their Proposed Discovery Plan:

1. Mandatory disclosure pursuant to Federal Rule of Civil Procedure 26(a) shall be completed on or before March 4, 2008

2. All parties shall be joined and any amended pleadings shall be served and filed by April 1, 2008. The parties do not anticipate any amendments of the pleadings.

3. All factual discovery, icluding depositions, shall be completed on or before November 7, 2008.

4. At this time, the parties do not contemplate any changes in the limitations on discovery set forth in Federal Rule of Civil Procedure 30(d)(2) and 33(a).

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

COPIES MAILED TO COUNSEL OF RECORD

5. The parties agree that service of discovery materials, correspondence and motion papers may be made by electronic mail.

6. If any party wishes to use an expert, the expert report will be served 45 days after the close of fact discovery. Any rebuttal expert reports shall be served 75 days after fact discovery. Expert depositions shall take place by 105 days after fact discovery.

7. If there is no expert discovery, any dispositive motions shall be filed within 30 days after the close of fact discovery.

8. The parties are to attend a conference with the Court on November 7, 2008 at 10:45 a.m.

_____
For US EEOC
Michael Ranis
Trial Attorney
New York District Office
33 Whitehall Street
New York, New York 10004
Telephone 212-336-3701
Fax: 212-336-3623
Email: Michael.ranis@eeoc.gov

_____
Private Counsel for Plaintiff Romano
Simon Ramone
Greenberg, Greenberg & Guerrero, LLP
363 Seventh Avenue, Suite 400
New York, New York, 10001
Telephone: 212-545-7337
Fax: 212-545-7406
Email address: lawbrothers@aol.com

SO ORDERED.
Dated: White Plains, NY
        July 23, 2008

_____
WILLIAM C. CONNER, Senior U.S.D.J.